1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11   DENNIS DALE CATCHINGS,

12                   Plaintiff,

13        v.

14   UNKNOWN U.S. DOJ OFFICIAL, et al.,

15                   Defendants.

16

Case No. CV 19-8623 ODW (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint,

18   all the records and files herein, and the Report and Recommendation of the United States

19   Magistrate Judge.  The time for filing Objections to the Report and Recommendation has

20   passed and no Objections have been received.  Accordingly, the Court accepts and adopts

21   the findings, conclusions and recommendations of the Magistrate Judge, with the

22   following modification:  the reference to the "Fourth Amendment" on page twelve, line

23   two is deleted and is replaced by reference to the "Fifth Amendment."

24

25        IT IS ORDERED that the First Amended Complaint is dismissed without leave to

26   amend and Judgment shall be entered dismissing this action with prejudice.

27   \\

28   \\

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2  Judgment herein on Plaintiff at his current address of record.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: April 16, 2020

7

8                                        _____

9                                        OTIS D. WRIGHT, II
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28