JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DALE CATCHINGS,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN U.S. DOJ OFFICIAL, et al.,<br><br>Defendants. | Case No. CV 19-8623 ODW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 16, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE